IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff** v. **$31,076.00 IN U.S. CURRENCY,** **Defendant.** | CIVIL NO. 18- |

**VERIFIED COMPLAINT FOR FORFEITURE IN REM**

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Héctor E. Ramírez-Carbó, Assistant United States Attorney, Chief Civil Division, and Maritza González-Rivera, Assistant U.S. Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

### NATURE OF THE ACTION

1. This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Sections 841(a)(1) and 881(a)(6); and Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

### DEFENDANT IN REM

2. The defendant currency seized by an officer of the Drug Enforcement Administration ("DEA"), consists of $31,076.00 in U.S. currency.

### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over an action commenced by the United States

1

pursuant to Title 28 United States Code, Section 1345; over an action for forfeiture pursuant to Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Sections 841(a)(1) and 881(a)(6); and Title 18, United States Code, Sections 1956(a)(1)(B)(i) and 1957(a).

4.   This Court has in rem jurisdiction over the defendant currency pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant currency is found in this district).

5.   Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant currency is found in this district).

BASIS FOR FORFEITURE

6.   This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Sections 841(a)(1)(Unlawful acts and 881(a)(6)(All moneys, negotiable, instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of this subchapter, all proceeds traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this chapter), and money laundering schemes Title 18, United States Code, Sections 1956(a)(1)(B)(i) (Laundering of monetary instruments) and 1957(a) (Engaging in monetary transactions in property derived from specified unlawful activity).

FACTS

7.  The facts and circumstances supporting the seizure and forfeiture of the defendant currency

are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the

DEA, Special Agent, Ronal A. Benavides attached hereto, and incorporated herein as if

fully stated.

CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the

defendant currency be issued; that due notice be given to all parties to appear and show cause why

the forfeiture should not be decreed; that judgment be entered declaring the defendant currency

condemned and forfeited to the United States of America for disposition according to law; and that

the United States of America be granted such other and further relief as this Court may deem just

and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 21 th day of September, 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/ Héctor E. Ramírez-Carbó

Héctor E. Ramírez-Carbó
Assistant U.S. Attorney
Chief, Civil Division
USDC-PR-NO. 214902
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787)766-5656
Hector.E.Ramirez@usdoj.gov

s/M González

Maritza González-Rivera
Assistant United States Attorney
USDC-PR No. 208801
UNITED STATES ATTORNEY'S OFICE
Torre Chardón, Suite 1201
350 Carlos Chardón Street
San Juan, Puerto Rico 00918
Phone Number: (787) 766-5656
maritza.gonzalez@usdoj.gov

3

VERIFIED DECLARATION

I, Maritza González-Rivera, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the Drug Enforcement Administration ("DEA"); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 21 th day of Sept. , 2018.

_____
Maritza González-Rivera
Assistant U.S. Attorney

VERIFIED DECLARATION

I, Ronald A. Benavides, Special Agent, DEA declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 21 day of Sept. , 2018.

_____
Ronald A. Benavides, Special Agent
Drug Enforcement Administration ("DEA")

## UNSWORN DECLARATION
## IN SUPPORT OF FORFEITURE COMPLAINT

### INTRODUCTION

Pursuant to Title 28, United States Code, Section 1746, I, Ronald A. Benavides, Special Agent, of the United States Department of Justice, Drug Enforcement Administration (DEA), declare under penalty of perjury that the foregoing is true and correct:

I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7).  I am, therefore, an officer who is empowered to conduct criminal investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section, 2516.

I have been a Special Agent with the DEA for over five years.  As a Special Agent, I have been sworn to enforce the laws of Title 21, United States Code, and related offenses under Title 18, United States Code.   I have received sixteen weeks of training at the DEA Academy at Quantico, VA. In addition, I have served sixteen years with the U.S. Army Reserve and have achieved the rank of Captain.   I am currently assigned to the AirTAT (Task Force Group II).

During my law enforcement career, I have received detailed instruction in and conducted various complex conspiratorial investigations concerning the unlawful importation and distribution of controlled substances; the laundering and concealment of

1

drug proceeds; and the illegal use of communication facilities by drug traffickers in furtherance of their criminal activities.

## PROPERTY TO BE FORFEITED

$31,076.00 IN U.S. CURRENCY

## FACTUAL BACKGROUND

I make this unsworn declaration, on information and belief derived from the following source:

Oral and/or written reports and documents about this and other federal agents or officers of the DEA and local Puerto Rico Police Department (PRPD) who have assisted with this investigation.

1. On May 21, 2018, members of the Drug Enforcement Administration (DEA), in conjunction with the Organized Crime Drug Enforcement Task Force (OCDETF) Airport Investigations and Tactical Team (AirTAT) were conducting routine interdictions at the Luis Muñoz Marin International Airport (LMMIA) in Carolina, Puerto Rico. The AirTAT is a joint federal, state and local law enforcement investigative initiative specifically designed to identify, infiltrate, disrupt and dismantle narcotics trafficking, laundering of drug money proceeds and bulk currency smuggling organizations operating in Puerto Rico.

2. At approximately 10:00 a.m., AirTAT agents Task Force Officer (TFO) Lilliam Carbonell and DEA Special Agent (SA) Ronald Benavides encountered Misty Michelle COLON-Leon in the JetBlue, Baggage Claim area at the LMMIA.

2

COLON-Leon was arriving on JetBlue Airways Flight #275, which originated in Hartford Springfield, CT. AirTAT agents observed COLON-Leon acting nervous and talking on her cellphone after obtaining her luggage, a black canvas rolling bag, and a small black duffel bag from the carousel.

3.  TFO Carbonell and SA Benavides approached COLON-Leon and introduced themselves as law enforcement officers.  AirTAT Agents asked COLON-Leon for identification and information pertaining to her flight.

4.  COLON-Leon was visibly nervous as she responded that she was coming to Puerto Rico to pay contractors that were currently working on the remodeling of a property she owns with her husband in Ponce, PR.  Nevertheless, COLON-Leon was not able to provide an address for her property in Ponce, PR.  In addition to that, COLON-Leon had a one-way airline ticket.

5.  TFO Carbonell asked COLON-Leon if she was transporting any contraband, firearms, narcotics, or a large amount of U.S. Currency (USC). COLON-Leon stated she was not transporting any contraband, only cash that belonged to her husband. COLON-Leon told TFO Carbonell that she had approximately $9,000 in USC.

6.  During the conversation, TFO Carbonell asked COLON-Leon for consent to allow a K-9 Dog unit, trained to detect narcotics, to conduct a sniff test to her luggage. COLON-Leon gave consent and K-9 unit "Quattro" #33819 handled by PRPD Agent Samuel Marrero #32064 conducted a sniff test. During the sniff test

3

of the suitcases the K-9 "Quattro" alerted positive to the odor of narcotics to COLON-Leon's suitcases.

7. SA Ronald Benavides and TFO Lilliam Carbonell told COLON-Leon if she would agree to continue the conversation in the Customs and Border Protection (CBP) office, and COLON-Leon agreed. COLON-Leon was advised that she was not under arrest.

8. Once in the CBP office, at approximately 10:30 a.m., SA Benavides and TFO Carbonell asked COLON-Leon if she would sign a consent form, DEA form 88-a, authorizing AirTAT agents to conduct a thorough search of her personal effects including cellphone. COLON-Leon agreed, and signed the consent to search her luggage, backpack and personal cellphone. TFO Lilliam Carbonell searched COLON-Leon's luggage and backpack. While searching the contents of COLON-Leon's backpack TFO Carbonell located several envelopes sealed, which were later found to contain US currency amounting to $31,076.00 USC.

9. SA Benavides asked COLON-Leon regarding the origin of the funds. COLON-Leon stated to SA Benavides that her husband, Jose Miguel BAUZA, resells vehicles in Connecticut and gets payment in cash constantly. SA Benavides asked COLON-Leon whether she had any evidence regarding her husband's sale of the vehicles. COLON-Leon stated she did not have any financial documentation to support her statements regarding the source of the U.S. Currency.

4

10. The search of COLON-Leon's luggage and backpack did not produce any receipts, bank statements, or any other type of paperwork showing that the $31,076.00 USC belonged to COLON-Leon. COLON-Leon stated to SA Benavides and TFO Carbonell that she works independently as a nail technician and does not have a steady income.

11. Due to my training and experience, I recognized that the nervousness displayed by COLON-Leon's during her conversation with the AirTAT Agents and the incompatible statements she provided, are consistent with the behavior of couriers when transporting bulk currency obtained as profits from illegal narcotics.

12. COLON-Leon was not arrested but the U.S. Currency was administratively seized. The process to claim the U.S. Currency was explained to her and she received a receipt for the money seized.

13. Based on the above mentioned information, the aforementioned US Currency was administratively seized as drug proceeds, according to Title 21 USC 881 (a)(6). Agents requested record checks on COLON-Leon to verify if any outstanding warrants were open with negative results.

This Unsworn Declaration is submitted in support of the Complaint for Forfeiture *in Rem*, which involves the offenses detailed in Section 881(a)(6) of Title 21, United States Code, particularly the all moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for controlled substance or listed chemical in violation of the subchapter, all proceeds

5

traceable to such an exchange, and all moneys, negotiable instruments, and securities used or intended to be used to facilitate any violation of this subchapter. Therefore, I have not set forth each and every fact learned during the course of this investigation.

Based upon my training and experience, participation in other investigations, and facts concerning this investigation, I believe that sufficient probable cause exits to show that the $31,076.00 U.S. Currency seized  from COLON-Leon is forfeitable as proceeds of violations of Title 21, United States Code, Sections 841(a)(1) , 881(a)(6)  and money laundering, Title 18,  United States Code, Sections 1956 (a) (1) (B)(i) and 1957 (a).

Sworn and signed under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, in San Juan, Puerto Rico this _____ of _____, 2018.


Ronald A. Benavides, Special Agent
Drug Enforcement Administration ("DEA")

≋JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Maritza González-Rivera, AUSA, 350 Carlos Chardón Ave, Suite 1201, Hato Rey, PR 00918

## DEFENDANTS

$31,076.00 IN U.S. CURRENCY,

County of Residence of First Listed (IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | **PERSONAL INJURY** | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 370 Other Fraud | Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 371 Truth in Lending | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 380 Other Personal Property Damage | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 385 Property Damage Product Liability | | | |
| ☐ 290 All Other Real Property | | | | ☐ 950 Constitutionality of State Statutes |
| **CIVIL RIGHTS** | **PRISONER PETITIONS** | | | |
| ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 442 Employment | **Habeas Corpus:** | | | |
| ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Title 21, U.S.C., Sections 841(a)(1) and 881(a)(6); and Title 18, U.S.C., Sections 1956(a)(1)(B)(i) and 1957(a).

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE

DOCKET NUMBER

DATE
09·21·2018

SIGNATURE OF ATTORNEY OF RECORD
S/Maritza González-Rivera

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1.   Title of Case (Name of first party on each side only)

US v.   $31,076.00 IN U.S. CURRENCY,

2.   Category in which case belongs: (See Local Rules)

|  X  | ORDINARY CIVIL CASE | CIVIL FORFEITURE |
|  | SOCIAL SECURITY | |
|  | BANK CASE | |
|  | INJUNCTION | |

3.   Title and number, if any, of related cases (See Local Rules)

4.   Has a prior action between the same parties and based on the same claim ever been filed in this Court?
     ☐   YES      [X]   NO

5.   Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?
     ☐   YES      [X]   NO

6.   Does this case question the constitutionality of a state statute (FRCP 24)?

     ☐   YES      ☒   NO

(Please Print)
USDC ATTORNEY'S ID NO.        208801

ATTORNEY'S NAME:              MARITZA GONZALEZ RIVERA

MAILING ADDRESS:             TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

                             HATO REY  PR          ZIP CODE   00918

TELEPHONE NO.                787-766-5656